# *United States District Court*

## CRIMINAL MINUTES - SENTENCING

| | | | |
|---|---|---|---|
| Time Commenced | 1:09 pm | Case No. | 3:26-cr-00021-MCR |
| Time Concluded | 1:12 pm | Date | November 5, 2026 |

**DOCKET ENTRY: SENTENCING HEARING for DONSCHEE RICKY MONTRELL FOSTER Continued.**
The court continues the sentencing hearing, sentencing will be rescheduled by separate notice.

PRESENT: HONORABLE **M. CASEY RODGERS** U.S. DISTRICT JUDGE

| David Goldberg | Benjamin Pearce for Phylica Dancy | Melissa Eicken | Barbara Rogers |
|---|---|---|---|
| Asst U. S. Attorney | Probation Officer | Court Reporter | Deputy Clerk |

| **U.S.A. v DEFENDANT LISTED BELOW** | **ATTORNEY FOR DEFENDANT** |
|---|---|
| (1) **DONSCHEE RICKY MONTRELL FOSTER** | (1) **JOHN "JACK" WILKINS, CJA** - not present |
| ✓ Present ✓ Custody ___ O/R | ✓ Present ✓ Appointed ___ Retained |

**PROCEEDINGS:**

1:09 pm Court in Session
Court continues sentencing until a later date.
1:12 pm Court in Recess